FILED

11/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0149

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0149

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOHN JAYCOB FISHBAUGH,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED Appellee is granted an extension of time to and including January 6, 2021, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2020